# ***EXHIBIT A***

BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, New Jersey 07068
Attorney for Plaintiffs
(973) 228-5700

| | |
|---|---|
| ANA LIDIA ALPIZAR-FALLAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK E. FAVERO, JOHN DOE 1-5, JOHN DOE INCORPORATED 1-5, (fictitious designations), BRIAN BARBOSA and PROGRESSIVE GARDEN STATE INSURANCE COMPANY,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SOMERSET COUNTY<br><br>DOCKET NO. SOM-L-1588-16<br><br>**Civil Action**<br><br>ACKNOWLEDGEMENT OF SERVICE |

TO: Frank Nolan, Esq.
Eversheds-Sutherland

I hereby acknowledge service of the annexed summons against Defendants, Brian Barbosa and Progressive Garden State Insurance Company and the Amended and Second Amended Complaints this 4th day of April 2017

FRANK NOLAN, ESQ.