*EXHIBIT A*

## FULL RELEASE OF ALL CLAIMS AND DEMANDS

Claim Number: 14-1259415

KNOWN ALL BY THESE PRESENT, that I, __Ana Alpizar and Jose Ovares__, for and in consideration of the sum of __five hundred Dollars__ dollars ($ __4050__ ), the receipt whereof is hereby acknowledged, does (do) hereby for myself (ourselves), my (our) heirs, executors, administrators, successors and assigns and any and all other persons, firms, employers, corporations, associations or partnerships release, acquit and forever discharge Frank Favero of and from any and all claims, actions, causes of action, demands, rights, loss of wages, expenses, hospital, medical and nursing expenses, accrued or unaccrued claims for loss of consortium, loss of support or affection, loss of society and companionship on account of or in any way growing out of any and all known and unknown personal injuries and damages resulting from an automobile accident which occurred on or about 12/14/14, located at or near Hillsborough, NJ.

It is understood and agreed that this settlement is in full compromise of a doubtful and disputed claim as to both questions of liability and as to the nature and extent of the injuries and damages, and that neither this release, nor the payment pursuant thereto, shall be construed as an admission of liability, such being denied.

It is further understood and agreed that the undersigned relies wholly upon the undersigned's judgment, belief and knowledge of the nature, extent, effect, and duration of said injuries and liability therefore and is made without reliance upon any statement or representation of the party or parties hereby released or their representatives.

**THE UNDERSIGNED HAS (HAVE) READ THE FOREGOING RELEASE AND FULLY UNDERSTAND(S) IT.**

_Jose Ovares_ __12-15-14__
Signature           Date

_____
Witness Signature           Date

_Alpizar/ Ana_ __12-15-14__
Signature           Date

_____
Witness Signature           Date

Pursuant to NJ Law: "Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties"