UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANA LIDIA ALPIZAR-FALLAS, <br><br> Plaintiff, <br><br> v. <br><br> FRANK E. FAVERO, et al., <br><br> Defendants. | Civil Action No. 17-2768 (MAS) (LHG) <br><br> **ORDER** |

This matter comes before the Court on Defendant Frank E. Favero's ("Defendant") motion to dismiss Plaintiff Ana Lidia Alpizar-Fallas's Complaint. (ECF No. 13.) Plaintiff filed opposition (ECF No. 15), and Defendant replied (ECF No. 16). The Court heard oral argument on the motion on November 16, 2017 (ECF No. 25) and placed its decision on the record during a telephone conference on November 17, 2017 (ECF No. 27). For the reasons set forth on the record, and other good cause shown,

**IT IS** on this 22nd day of November 2017, **ORDERED** that:

1. Defendant's motion to dismiss (ECF No. 13) is denied without prejudice.
2. Plaintiff may file an amended complaint by **December 15, 2017**.[1]

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court will address Plaintiff's motion for an order certifying the Court's August 31, 2017 Order as final (ECF No. 21) in a separate order.