**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

**Charles X. Gormally, Esq. (CG2979)**
**Thomas Kamvosoulis, Esq. (TK0348)**
**BRACH EICHLER LLC**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700

*Attorneys for Plaintiff*

| | |
|---|---|
| ANA LIDIA ALPIZAR-FALLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK E. FAVERO, JOHN DOE 1-5, JOHN DOE INCORPORATED 1-5 (fictitious designation), BRIAN BARBOSA and PROGRESSIVE GARDEN STATE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.: 3:17-cv-02768-MAS-LHG<br><br>**(Document Electronically Filed)** |

**CONSENT ORDER**

This matter comes before the Court by way of Consent Order entered into by and between Plaintiff Ana Lidia Alpizar-Fallas ("Plaintiff") and Defendants Frank E. Favero ("Favero"), Progressive Garden State Insurance Company and Brian Barbosa (collectively, the "Progressive Defendants"), as follows:

**WHEREAS**, the Court previously dismissed Count Two of Plaintiff's Complaint, under the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 *et seq.*, without prejudice, in an order dated August 31, 2017 (ECF No. 20);

**WHEREAS**, the Court denied Defendant Favero's Motion to Dismiss Count One of Plaintiff's Complaint, in an order dated November 22, 2017 (ECF No. 29);

**WHEREAS**, the Court amended its August 31, 2017 order (ECF No. 20) by order dated December 4, 2017 (ECF No. 31) to dismiss Count Two with prejudice and remand the remaining claims to the Superior Court of New Jersey;

**WHEREAS**, Plaintiff appealed the Court's August 31, 2017 order (ECF No. 33);

**WHEREAS**, the United States Court of Appeals for the Third Circuit granted Plaintiff's appeal, vacated the August 31, 2017 order and remanded for further proceedings (ECF No. 36);

**WHEREAS**, Defendant Favero passed away while the appeal was pending; and

**WHEREAS**, and the parties agreed to this form of this Consent Order to expedite the disposition of this action, and for other good cause having been shown:

**IT IS** on this 17th day of January 2019 **ORDERED** that:

1. This Court's December 4, 2017 Order (ECF No. 31) declining to exercise supplemental jurisdiction over the remaining claims and remanding this matter to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1367(c)(3) is hereby vacated.

2. In light of the passing of Defendant Favero, Plaintiff shall be permitted to file a Third Amended Complaint, within seven (7) days, naming the Estate of Frank E. Favero as a Defendant in this matter.

4. Defendants shall file an answer within fourteen days of the filing of the Third Amended Complaint.

**BY THE COURT:**

Michael A. Shipp, U.S.D.J.



BE:10091038.1/ALP055-271607

WE, THE UNDERSIGNED, DO HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER.

BRACH EICHLER LLC
*Attorneys for Plaintiff*

/s/Thomas Kamvosoulis
CHARLES X. GORMALLY, ESQ.
THOMAS KAMVOSOULIS, ESQ.

Date: January 11, 2019

EVERSHEDS SUTHERLAND (US) LLP
*Attorneys for Defendants Progressive Garden State Insurance Company and Brian Barbosa*

/s/ Kymberly Kochis, Esq.
KYMBERLY KOCHIS, ESQ.

Date: January 11, 2019

CIPRIANI & WERNER, P.C.
*Attorneys for Defendant Frank Favero*

/s/Francis J. Leddy, III, Esq.
FRANCIS J. LEDDY, III, ESQ.

Date: January 11, 2019