## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

**Charles X. Gormally, Esq. (CG2979)**
**Thomas Kamvosoulis, Esq. (TK0348)**
**BRACH EICHLER LLC**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700

*Attorneys for Plaintiff*

| | |
|---|---|
| ANA LIDIA ALPIZAR-FALLAS, individually and on behalf of all others similarly situated, | Civil Action No.: 3:17-cv-02768-MAS-LHG |
| Plaintiff, | |
| vs. | **(Document Electronically Filed)** |
| ESTATE OF FRANK E. FAVERO, JOHN DOE 1-5, JOHN DOE INCORPORATED 1-5 (fictitious designation), BRIAN BARBOSA and PROGRESSIVE GARDEN STATE INSURANCE COMPANY, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed upon by and between Plaintiff, Ana Lidia Alpizar-Fallas ("Plaintiff"), and Defendants Estate of Frank E. Favero, Brian Barbosa and Progressive Garden State Insurance Company (collectively, "Defendants"), that any and all claims asserted by Plaintiff in the above-entitled matter are hereby dismissed with prejudice and without costs to any party.

**BRACH EICHLER LLC**
*Attorneys for Plaintiff*

**EVERSHEDS SUTHERLAND (US) LLP**
*Attorneys for Defendants*

*Progressive Garden State Insurance Company and Brian Barbosa*

/s/Thomas Kamvosoulis
CHARLES X. GORMALLY, ESQ.
THOMAS KAMVOSOULIS, ESQ.

/s/ Frank Nolan, Esq.
FRANK NOLAN, ESQ.

Date:  March 27, 2019

Date:  March 27, 2019

**CIPRIANI & WERNER, P.C.**
*Attorneys for Defendant*
*Estate of Frank Favero*

So Ordered this *29th* day
of *March*, 20 *19*

/s/Francis J. Leddy, III, Esq.
FRANCIS J. LEDDY, III, ESQ.

**Hon. Michael Shipp, USDJ**

Date:  March 27, 2019

- 2 -